/5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:21-cv-11935
Judge: Berg, Terrence G.
MJ: Patti, Anthony P.
Filed: 08-19-2021 At 04:17 PM
CMP WEBSTER V. HEAD ET AL (DA)

Jury Trial:   ☑ Yes   ☐ No
              *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JOSEPH WEBSTER
Street Address: 13139 Chandler Park Drive
City and County: Detroit, WAYNE
State and Zip Code: Michigan 48213
Telephone Number: NONE
E-mail Address: NONE

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: DR. JOHN HEAD
Job or Title (if known): PSYCHIATRIST
Street Address: 6309 MACK AVENUE
City and County: DETROIT — WAYNE
State and Zip Code: MICHIGAN 48207
Telephone Number: (OFFICE) 313-618-3502
E-mail Address (if known): ?

Defendant No. 2

Name: MICHAEL C. EAGEN
Job or Title (if known): PAROLE BOARD MEMBER
Street Address: Steven T. Mason Bldg — P.O. Box 30003
City and County: LANSING — ?
State and Zip Code: MICHIGAN — 48909
Telephone Number: ?
E-mail Address (if known): ?



— Code #365 —

— Sits Barely readable in section IE Relief: Please enjoin Eagen from enforcing 3.0 and 3.5 of exhibit #1.

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

*CODE 845* ✓

- Name: HIEDI E. WASHINGTON
- Job or Title (if known): DIRECTOR — MICH DEPT OF CORRECTIONS
- Street Address: Steven T. Mason Bldg — P.O. Box 30003
- City and County: Lansing — ?
- State and Zip Code: Michigan — 48909
- Telephone Number: ?
- E-mail Address (if known): ?

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① Defendant Dr. John Head, Suit Code 362, Constitutional Tort, Personal Injury - Medical Malpractice
② Defendant Michael C. Eagen, conjunction?
③ Defendant Hiedi S. Washington, Code 895 - F.O.I.A.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

     a. If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

     b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the State of *(name)* _____.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2. The Defendant(s)

     a. If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

     b. If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached Next 5 pages.*

## III Statement of Claim

(1) During the two seperate Parole Periods — 7/3/18 thru 5/23/19, and 8/18/20 thru the present Date 8/8/21 — Defendant Dr. John Head has been assigned through Michigan Parole Authorities to oversee my Psychiatric Needs. Special Parole Condition 3.0 Authored By Parole Board member Michael C. Eagon makes it mandatory that I submit to any medication Prescribed By a Licensed Physician. Throughout the entire two parole Periods given above, Dr. Head has Ordered that I submit to an injection of 200 mg of a Powerful Anti-psychotic called Haldol every two weeks. As will Be seen when Companion Cases are joined to this claim — while confined to a prison setting an Administrative Hearing, called a Panel Hearing, was available for Challenging medication Orders. But even in this Freer social environment provided By Parole Considerations, Dr. Head has not even allowed simple Communications of Objections to forced injections, and he has further Ordered the injections without ever having made a written psychiatric evaluation; unless he is relying on a secret evaluation which he has refused to allow me to participate in — or have an opportunity to criticize.

(2) The following six symptoms are examples of Haldol Poisoning: (i) Pain & Discomfort

(1)

(2) inability to sit still, constant Rocking While in a seated Position, (3) Loss of Basic Thinking Skills, (4) Loss of memory, (5) Fatigue, and (6) embarrassing tremors.

(3) In all my years of Being associated with Forced medications, I have never Been able to learn from a practicing Psychiatrist how his interests are served By using a Drug like Haldol, in justification of compelling the side effects given immediately above. We do know that the standard a psychiatrist is suppose to overcome when petitioning Forceful medication techniques, is that he must prove the existence of a Behavioral Disorder that has a <u>recurring</u> theme of Violence, and It is the element of Violence that threatens the Order and security of a Prison Facility. My Prisoner file reflects no such supporting records, and it is only Decaying Oversight that has allowed Psychiatrists to reach Beyond statutory limits to use even miniscule Behavioral Problems, as an excuse to assign threats to a prison environment and, consequently, Force Injections.

(4) The Considerations Being made By Defendant Eagon and Defendant Dr. Head aren't taking place in a prison setting, they involve the much Freer environment of Parole. The United States Supreme Court has observed that Parole involves a Consideration

(2)

of elevated Trust. Also, Parole Papers issued by Defendant Michael C. Eagen stated that — Reasonable Assurance exists that the Prisoner Will not Become a menace to society or to the Public safety... How then Do Defendant Eagen and Defendant Dr. Head go from those sort of considerations to the opposite extreme where they are virtually saying — But you still represent such a recurring Threat of Violence to the public that we need to force a powerful Anti-psychotic Down your throat Before we can turn you loose on Society; and you have to remember that it is the PATTERN OF VIOLENCE that is being medicated Whether you doing it in Prison or in the Public Parole setting, i.e., you can't say that when you are ~~~~~ foisting medication even on the parolee that it's Not in response to a Very specific Theme of Violence Because if it isn't the Pattern of Violence that's Being targeted, No other set of facts exists that allows the State Psychiatrist to assume responsibility to medicate that doesn't Violate the ~~~~ U.S. Constitution. All other pretenses for medication By the psychiatrist are ~~~~~~~ unwelcome Intrusions. They no longer have an interest to Protect.

⑤ It is requested through Suit code 895 that the Honorable Court take over Responsibility for the attached F.O.I.A. Request for Records from my prison Files ① All psych evaluations, ② All panel Hearing Records, and ③ all medication Orders, and that when doing so ~~~ Defendant — Order —

(3)

Director Hiedi E. Washington to fully disclose and identify all illegible signatures so that I'm not denied Access to Courts.

Respectfully submitted,
*Joseph Webster*
JOSEPH WEBSTER

(4)

II Statement of claim pg 6

Joseph Webster
13139 Chandler Park Drive
Detroit, MI 48213

Ms. Hiedi E. Washington
Director - Mich Dep't of Corrections
Steven T. Mason Bldg.
P.O. Box 30003
Lansing, MI 48909

Re: F.O.I.A. Request.

Dear Director Washington

(1) Please provide me with all copies of all psychological & psychiatric evaluations.

(2) Please provide me with all copies of all Panel Hearing Results.

(3) Please provide me with all copies of all Orders for psychiatric medications and injections.

Sincerely,
Joseph Webster

(5)

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Defendant Dr. John Head is clearly as stated in the Statement of Claim, still carrying out the Alleged Wrongs. Requesting ($400,000) for 3 years of Actual Damages and in Punitive Damages ($1,300,000)

(2) It is requested that the Hon. Court provide injunctive relief and Order Defendant Michael C. Eagen to cease to condition the remainder of Plaintiff's Parole on special Parole condition 3.10 which make mandatory medication when ordered by M.D. - Please Restrain.

(3) Compel Defendant Washington to provide clear and legible records requested in relevant attachment. F.O.I.A. Suit code 895 in Order to Protect my Due process & Access to Courts Rights.

[Left margin handwritten notes:]
- Request immediate ruling on Item 2 of Relief
- Please Enjoin Eagen from enforcing 3.10 B3.5 of Exhibit 6

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 8, 2021

Signature of Plaintiff: Joseph Webster

Printed Name of Plaintiff: JOSEPH WEBSTER

6

Exhibit 1

MICHIGAN DEPARTMENT OF CORRECTIONS  
NOTICE OF ACTION/MICHIGAN PAROLE BOARD

PP-182  
CAX-114  
Rev.02/2011  
4835-1114

| NUMBER | NAME | LOCATION | CONSIDERATION DATE |
|---|---|---|---|
| C-143704 | WEBSTER, JOSEPH | MTU A-103B | 7/20/2020 |

| ACTION | REASON CODE | TERM (MOS) | NEXT ACTION DATE | INSTRUCTION | OFFICIAL DATE |
|---|---|---|---|---|---|
| Parole or Parole Reinstatement | 61 | 24 M | 7/21/2020 | Non Fixed Date | |

Actual release is subject to investigation and approval of the placement plan. Institutional misconduct could result in loss of parole.

ACTION DESCRIPTION:  REGULAR PAROLE

SPECIAL CONDITIONS:

2.0 You must not use or possess alcoholic beverages or other intoxicants. You must not enter bars or other places where the primary purpose is to serve alcoholic beverages for drinking on site, unless the field agent has first given you written permission for your employment at a specific location.

2.1 You must complete outpatient or residential substance abuse treatment or Reentry program when you are referred by the field agent.

(3.0) You must take medication as prescribed by a licensed physician.

3.2 You must complete a psychological evaluation when you are referred by the field agent.

3.3 You must complete mental health, domestic violence/batterer intervention, or other recommended treatment following assessment by a qualified community-based service provider.

3.4 You must complete the CMH AFTERCARE program.

(3.5) You must waive confidentiality and allow any treatment program that you are required to attend to disclose information to the field agent.

4.16 You must obey all court orders.

4.2 Written consent to search the parolee's person and/or property, MCL791.236(19): I voluntarily consent to a search of my person and property upon demand by a peace officer or parole officer.  If I do not sign this written consent, I understand that my parole may be rescinded or revoked.

4.3 You must reside in/at CMH AFTERCARE PLACEMENT upon your release to parole.

4.4 You must be in your approved residence between the hours of 11:00 p.m. and 6:00 a.m. unless excused by first obtaining written permission from the field agent.

7.1 You must pay the cost of your treatment program according to your ability as determined by the treatment program.

7.5 You must pay $120 state cost as ordered by the sentencing court on the Judgment of Sentence.  The state cost is payable when the parole order is entered, but may be paid in monthly installments to be determined by the field agent.

77.9 Pursuant to MCL 791.225a, as amended by Public Act 164 of 2019, you must pay a supervision fee of $30 per month for each month of regular supervision or $60 per month for each month of electronic monitoring supervision.  You will not be required to pay a supervision fee to Michigan when you are being supervised in another state under the provisions of the Interstate Probation and Parole Compact, pursuant to MCL 798.103.

ENTERED BY: ADD                         BY:      6      Michael C. Eagen

| FIELD OPERATIONS COMMENTS | | | |
|---|---|---|---|
| | | | |

| PLACEMENT | | | |
|---|---|---|---|
| | | | |

| LOCATION | ASSIGNED TO | DATE | REPORT DUE |
|---|---|---|---|
| | | | |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **WAYNE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WAYNE**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:21-cv-11935
Judge: Berg, Terrence G.
MJ: Patti, Anthony P.
Filed: 08-19-2021 At 04:17 PM
CMP WEBSTER V. HEAD ET AL (DA)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Constitutional Tort — Medical Malpractice

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $1,700,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE 8/11/21

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

Joseph Webster
13139 Chandler Park Drive
Detroit, MI 48213

Mr. David J. Weaver
Clerk of the Court
United States District Court
Eastern District of Michigan
Theodore Levin
231 West Lafayette Blvd.
Detroit, MI 48226

RECEIVED
AUG 19 2021
CLERK'S OFFICE
DETROIT