USDC - E.D. MICH.:
Webster V. Head, et al.:
# 21-11935

12/13/21
Joseph Webster 143704
13139 Chandler Park Drive
Detroit, MI. 48213-3654

Hon. Terrance G. Berg, D.J.

Dear Judge Berg,

Please find attached for filing in the matter of Webster V. Head, et al,

① ▓▓▓ 12/13 3 pg BRIEF CORRECTING LAW in Plaintiff's 12/10 submissions of 12/10 SOC #11 & 12/10 SOC #12.

② 12/13 3 pg SOC #13 [Joining APA CEO Dr. Saul Levin to another claim] and

③ 12/13 8 pg SOC #14 [Joining one of the original Defendants, Dr. John Head, MD, Psychiatrist, to another claim].

▓▓ Respectfully submitted,
Joseph Webster
— Plaintiff in Pro Per —

Copies:

FILED
DEC 13 2021
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSEPH WEBSTER V. Dr. JOHN HEAD, ▮ MD, et al, #21-11935, Hon. Terrance G. Berg, DJ.

## BRIEF CORRECTING SOC #12 & #11.

*(1) In para #1 of Plaintiff's 12/10 6 pg SOC Plaintiff asks that NUISANCE per se be applied or read against the 6 pages of facts given. Plaintiff review over the weekend finds that "per se" in NUISANCE, like Negligence per se is an indirect reference ▮▮▮▮ of the influence of a statute. Also, Plaintiff is still uncertain of how to wield PRIVATE NUISANCE Because the rights Being interfered with keep coming back to PROPERTY &/or LAND. Further inspection will occur. It is PUBLIC NUISANCE that seems to apply to a right enjoyed By the entire General Public that's Being interfered with as so the ▮▮▮ Jurisdiction is properly applied in the 12/10 3 pg SOC #11. The Application of NUISANCE per se is withdrawn from the ▮▮▮ 12/10 6 pg SOC #12 in favor of Public Nuisance, and ▮▮▮ against that same description

Page 1 of 3.

USDC - E.D. MICH
#21-11935

of facts (12/10 SOC #12) Plaintiff asserts the additional SMJ ▮ on the Belief ▮▮▮ that Defendant Parole Agent Calvin Sterdivent's conduct therein is carried out to deprive the Plaintiff of his ability to practice his primary ▮ Spiritual Beliefs as defined in the CANONS OF ECKANKAR, as well as his ▮ intended Interference with Plaintiff's Behavioral & Spiritual Beliefs described in DIANETICS as it is related to THE CHURCH OF SCIENTOLOGY. The Same facts Block Plaintiff's ability to Assemble & Associate with the 4 ▮▮▮▮▮▮▮▮▮ Anonymous female Public Citizens alluded to in Plaintiff's 12/13 8 pg SOC #14 who meet that same fate at the hands of the named ▮▮▮▮▮ & Joined Defendant Dr. John Head, MD, Psychiatrist. And finally, as was also alleged against Dr. Head in SOC #14, Defendant Parole Agent Calvin Sterdivent's conduct in SOC #12 ▮▮▮▮▮▮▮ inflicted or threatens to inflict the ▮▮▮ inhuman psychological syndrome of LOSS of FACE in violation of ▮▮▮ the rights secured for the Plaintiff in the ▮ NINTH Amendment of the federal constitution. [see ▮ Plaintiff's signature on Pg 3̲].

Page 2̲ of 3̲.

USDC-E.D. MICH
#21-11935

Dated: Dec 13, 2021
7 Am

Respectfully submitted,
Joseph Webster
JOSEPH WEBSTER
Plaintiff in Pro Per

cc: BO/MBJ/
CCHR

Pg 3 of 3.

* FOOTNOTE: It is noted that while the instant Brief refers mostly to SOC #12 issues, there is a need to allude to Exhibit #1 that was attached to SOC #11. Initially the Plaintiff just wanted Judge Berg to observe Plaintiff's COMPASS ~~score~~ VIOLENCE RISK SCORE: LOW, as determined by a lawfully assembled Prison official's Security Screening Committee ████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████ Judge Berg is also asked look just above the LOW Violence RISK SCORE where it says the Plaintiff's security ████████ Placement level is one - the lowest level of ████ security.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICH

Joseph Webster,
  Plaintiff,
v.
Dr. John Head, MD, et al,
  Defendants.

Hon. Terrance G. Berg, DJ
#21-11935

MOTION TO JOIN
(12/13) STATEMENT OF CLAIM, Claim #14

(1) The facts given hereafter establish the liability of the Claim #1 Defendant who is being rejoined as the Sole Claim #14 Defendant, ▬▬▬▬▬▬ Dr. John Head, ▬▬▬▬ MD, TEAM WELLNESS CENTER Psychiatrist for actions that were intended to Prohibit the Plaintiff's free exercise of Two Choosen Spiritual ▬▬▬▬ Practices, Interfere with the Plaintiff's right to ▬▬▬ Assemble with 3 Anonymous Female Associates, and, lastly, ▬ Inflicting a psychological condition often referred to in the ORIENT as LOSS OF FACE, in Violation of the Ninth Amendment to the U.S. Constitution. The facts are:

(2) On or near Aug 25, 2021 the Plaintiff sued Dr. Head on 8th Amend-

Page 1 of 8

Webster v. Dr. Head, MD, dd #21-11935

grounds for forcing injections of Debilitating Haldol period med. Calvin, doing so either without performing a ~~written~~ written evaluation that would have allowed him to independently determined an Actual need, or having secretly conducted a writing evaluation that he understood would not allow The Plaintiff to challenge and administering a Harmful substances thru Injection he would eventually learn on Sept 24, 2021 had unbelievably 87 known side-effects — a list 7 pages long.

(3) Prior to the August ___, 2021 filing of the 8th Amendment ~~____~~ Complaint against Dr. Head, The ~~___~~ Plaintiff wrote to him, ~~___~~ first on July 27, 2021 [see attached exhibit #1, 2 pg letter] and then again ~~_____~~ just 3 days later on July 30, 2021 [see attached exhibit #2, 2 pg letter]. It was only then that filing of the instant lawsuit ~~_____~~ followed Triggered By Being ignored.

(4) Days, weeks, months passed the instant ~~__~~ lawsuit remained~~_~~ in place in the U.S. District Ct. without reciept of a written evaluation that Plaintiff's Parole officer mr. Calvin

Page 2 of ~~_~~ 8.

Wooten v. Dr. Head, MD, et al #21-14935

Sterdivent said ███████ did in fact exist. and as late as ███████ December 10, 2021, Mr. Sterdivent was not only pretending to assist in the attainment of, But was repeatedly & without inquiry from the Plaintiff was vouching for Defendant Dr. Head that Plaintiff had in fact attended a ███ session with. Defendant Dr. Head soon after he was released on Parole ███████ on Aug 18, 2021. Plaintiff recognized this as simply ███████ ███ ARTFUL ███ LYING, The Plaintiff knew he had never in life spent 5 minutes in a row with Defendant Dr. Head, and as for Mr. Sterdivent Being a witness to the evaluation Mr. Sterdivent's function contrary to that of a psychiatrist would never ███ have Brought him, as a Parole Agent, in the midst of Defendant Dr. Head Conducting a ███ Vis-a-Vis Psychiatric evaluation, like he was outside in some sort of waiting area.

(5) A situation arose in ███ November where Parole Agent ███ Sterdivent & Accomplishes at the TEAM WELLNESS CLINIC went to every manipulative technique available to try to convince me I was due for an ANNUAL PSYCHIATRIC EXAMINATION

Page 3 of ██ 8.

Webster V. Dr. Head, et al #21-11935

that implied there had Been a prior ANNUAL EXAM — Plaintiff refused to participate unless clear orders were given from ▇▇▇ Parole Authorities Because of the existence of ▇▇▇ 3 Companion Civil cases all in the Eastern District at the same time with the same theme — maliciously falsified ▇▇▇ Psychiatric reports; this would allow Plaintiff to assert to the 3 federal Judges he was not risking further falsification of records and would only be seeing them under ▇▇▇ Duress.

(6) Parole Agent ▇▇▇ Calvin Sterdivant refused to Order such a stipulation due to multiple reasons Plaintiff will ultimately testify to. [Go to the record of Webster V. Dr. Head, MD, et al, #21-11935 and read un-attached exhibits #3 3 pg claim #11 and #4 6 pg claim #12].

(7) The forces at work in claims #11 & claim #12 persisted until the situation became very defined that Agents of the Defendants & the KKK Kuh Klan simply wanted to humiliate the ▇▇▇ Plaintiff for ▇▇▇▇▇ asserting personal Autonomy over his role in response to Psychiatry, and they devised that these

Page 4 of 8

Webster v. Dr. Head, MD, et al #21-11935

Parole Agent Calvin Steadman & they would procure the Plaintiff as an object of Psychiatric ridicule By creating the pretence of Plaintiff's need to participate in a new clinical intake session as a natural consequence of switching service providers which only incidentally required the Plaintiff, after a year of existing in a legal arrangement that forfeited the Parole Authorities rights to assert required Psychiatric Association, to sit out the upcoming 12/21 deadline and chaff as a psychiatrist makes the required intake determination of whether he wants the Plaintiff to resume compulsive injections of the Psychotropic Drug described to 3 Federal Judges weeks and months earlier as having those 7 pages of side-effects that the Judges were told represented the Plaintiffs injuries to every action where liability would Be determined on the statements of claims Before them.

(8) And so the date finally occurred where Agent Steadi. vent turned over a 4 page psychiatric report authorized By Defendant Dr. John Head that was dated as having Been prepared

Page 5 of 8

Webster V. Dr. Head, MD, et al #21-11935

on August 25, 2020.

(9) The Plaintiff's written response to Dr. Head, which is and will be a counter evaluation in the same sense that the Honorable Ct would entertain a counter claim that will be conducted using what Scientology calls, Human Evaluation, that will be undertaken by the Plaintiff himself who few Parties know spent years in his early life studying the Technical Behavioral Dianetic Techniques and developed diagnostic skill thru the Exteriorization of Self Analysis Training; this is offered to suggest to the Honorable Ct that there are other ways to obtain useful credentials that I intend to convince the Ct to accept when the findings are submitted.

(10) It is thought that the Plaintiff should offer just enough of his interpretation of Dr. Head's Report to finish support for Jurisdiction & the required injury. The Ct will be unable to assert meaningful Due Process Because there arent any written findings for Dr. Head to have narrated REASONS FOR FINDING and the insults he delivers with unspeakable Malice are compounded by the fact that

Page 6 of 8.

Webster V. Dr. Head, MD, et al #21-11935

he is sitting in front of an empty chair — There was ~~____~~ no Buddy there — trying to think of ~~____~~ how to use the opportunity to deliver the most potent insult available ~~to~~ in the Predetermined form — Dr. Head himself only manages enough COGNITIVE ABILITY, as he calls it, to ~~____~~ check the check Box for Im-~~____~~paired Cognitive ability. And There are so many other things that compound the psychological Injury Because, knowing you weren't ~~____~~ their, you know ~~__~~ Dr. Head is resorting to the most artful form of Deceit, for instance when he records the TIME OF THE Evaluation; He dosen't say 2:30 pm — He dosen't say 3: pm — He offers as if he checked ~~__~~ his watch a year and a half ago and recorded = 3:10 pm.

(1) ~~____~~ Plaintiff requests that he Be allowed to defer his determination of Damages But can say that his Requests will Be substantial monetary ~~__~~ amounts Because the rights & ~~____~~ privileges involved are ~~_____~~ Essential to ORDERED LIBERTY as defined By the U.S. Supreme ct. This is all fair warning he knows why he is Being sued. Upon Completion of ~~__~~
Page ~~__~~ 7 of 8

Webster v. Dr. Head, MD, et al. #21-11935

Plaintiff's above mentioned HUMAN EVALUATION will be submitted for examination to Judge Berg at a time where the ct can be notified that the state Bureau of Ethics & Psychiatric Licensing receives its copies of the Instant Claim #14 and the HUMAN EVALUATION referred to above. [Attachment of Dr. Head's aforementioned 8/25/20 report is deferred for later review].

(12) NEARLY MISSED OPPORTUNITY — Defendant Dr. John Head said in his written evaluation of 8/25/20 that the interview was IN PERSON, FACE TO FACE, and establish By recorded TELEHEALTH VIDEO.

Dated: Dec 13, 2021.
7 Am

Respectfully submitted,
Joseph Webster
JOSEPH WEBSTER
Plaintiff - In - Pro - Per.

cc: BO/MBJ
CCHR

Page 8 of 8.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joseph Webster,
    Plaintiff,

v.

Dr. John Head, MD, et al,
    Defendants.

Hon. Terrance G. Berg, DJ.
#21-11935

MOTION TO JOIN
[12/13] STATEMENT OF CLAIM, Claim #13.

(1) The Instant 12/13 3 page STATEMENT OF CLAIM, Claim #13, is Directed at Claim #8 Defendant & Chief Executive Officer Dr. Saul Levin, P.hd, for ~~[redacted]~~ soliciting a Class of Drugs from ~~[redacted]~~ Pharmaceuticals, Not Known to Plaintiff, But Known to the Defendant for ~~[redacted]~~ their Sexual Potency & usefulness for recreation; But only ~~[redacted]~~ allowing them to be made Available to members of 3 Group Institutions which share Defendants Racial, Religious, and Professional ~~[redacted]~~ Belief Dynamics — Thereby Violating the Equal Opportunity provisions of the Fourteeth Amendment.

(2) Plaintiff's expertise on the subject was established from years of the Ku Klux Klan's exposure of these Drugs to ~~[redacted]~~ Plaintiff ~~[redacted]~~ with multiple motives and

Page 1 of 3.

(12/13) STATEMENT OF CLAIM, Claim 13 (12/13)

Intentions, in response to which Judicial Notice is sought that the Plaintiff developed a unique ability to "censor" Negative Images & Compulsions

(3) Approaching present time, in just the ▮▮▮▮ last year, all of which has been located here at Chandler Park Drive, The Plaintiff has been deluged with Sexual Stimulants accomplished thru Ku Klux Klan Poisoning techniques ▮▮▮▮ involving their control over Powerful Drug Distributions, the Powerful Distribution Mediums of Cigarette Smoking, Consumer Products, and Chemical Gas Conversion.

(4) There is in existence a LOG maintained by the Plaintiff in Proof is offered that Plaintiff has made mental recognition that IN PRATICE the Ku Klux Klan has several classes of Private sexual resources that they are not ▮▮▮▮ sharring with members of other interested Groups.

RELIEF

(5) The Hon. Ct. is asked to compel Defendant Dr. Saul Levin to disclose all classes of recreational Sexual Drugs as well as their source so that the Hon Ct can ▮▮▮ monitor the prevention of ▮▮▮▮ over regulation so as to prevent the sort of ruination ▮▮▮ that ▮▮▮▮ exists ▮▮▮ in the Current Sexual recreation market ▮▮▮ where only Wealthy can ▮▮▮▮▮▮ afford Sex Drugs

(12/13) STATEMENT OF CLAIM, Claim #13 (12/13)

resulted in response to Corporate Financial Greed. To clarify — Disclosure and a WRIT OF PREVENTION is being sought, in anticipation that the Plaintiff may yet submit Claims for Damages from individual ~~tortious~~ ~~Ku~~ ~~Klux~~ Klan Poisonings ~~~~ Involving Sexual ~~~~ Stimulants that decribe ~~~~ Personally Directed misconduct.

Respectfully submitted,

Dated: Dec. 13, 2021.
7 AM

_Joseph Webster_
JOSEPH WEBSTER
— Plaintiff In Pro Per —
Webster V. Dr. Head, MD, et al, #21-11935
Hon. Terrance G Berg, DJ

Copies: BO/MBJ/ ~~ECF~~ CCHR

Defendant Service Information:

Dr. Saul Levin, MD.
Chief Executive Officer
American Psychiatric Association
800 Maine Avenue, SW.
Washington, DC. 20024

Page 3 of 3.

*Webster v. Head, et al. #21-11935*

*Claims #13 & #14.*

—Proof of mailing—



```
The UPS Store #5676
535 Griswold St Ste 111
Detroit, MI    48226-3673
313-963-7080

Terminal....: POS5676B
Employee....: 107322            Date.: 12/13/2021
Cashier's Name Michelle         Time.: 11:21 AM

ITEM NAME
                         QTY    PRICE      TOTAL
8.5x11 Copies
                         63 @   $0.10      $6.30
Tax
                                           $0.38
Stamp
                         4 @    $0.60      $2.40
Tax
                                           $0.00
Subtotal
  Shipping/Other Charges                   $8.70
  Total tax                                $0.00
                                           $0.38
Total
                                           $9.08
Cash
                                          $20.00
Change back (Cash)
                                         ($10.92)
==================================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

  1 2 1 1 2 1 3 5 6 7 6 B 0 0 8 0 9 1

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy
```



```
The UPS Store #5676
535 Griswold St Ste 111
Detroit, MI    48226-3673
313-963-7080

Terminal....: POS5676B
Employee....: 107322            Date.: 12/13/2021
Cashier's Name Michelle         Time.: 11:21 AM
COPY
ITEM NAME
                         QTY    PRICE      TOTAL
8.5x11 Copies
                         63 @   $0.10      $6.30
Tax
                                           $0.38
Stamp
                         4 @    $0.60      $2.40
Tax
                                           $0.00
Subtotal
  Shipping/Other Charges                   $8.70
  Total tax                                $0.00
                                           $0.38
Total
                                           $9.08
Cash
                                          $20.00
Change back (Cash)
                                         ($10.92)
==================================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

  1 2 1 1 2 1 3 5 6 7 6 B 0 0 8 0 9 1

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy
```