JOE WEBSTER 143704
HANDLON PRISON
1728 W BLUEWATER HWY.
P.O. BOX 492
IONIA, MI 48846

DEAR FED JUDGE ASSIGNED TO WEBSTER V.

THE 15 CLAIMS IN CASE NUMBER 11935

   PLEASE DISMISS W/O PREJUDICE.

   PLEASE ALSO DISMISS ANY FURTHER ACTION IN THE CASE THAT WAS BEFORE JUDGE COX #11988 AT BOTH THE FED DISTRICT AND CIRCUIT CT LEVEL.

   RESPECTFULLY,

Name: JOE WEBSTER 143708
Number: HANLON PRISON
Address: 1728 W BLUEWATER HWY.
P.O. BOX 492
IONIA, MI 48846

GRAND RAPIDS MI 493
17 OCT 2022 PM 1 L

RECEIVED
OCT 21 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

CLERK OF THE COURT OF
UNITED STATES DISTRICT OF
231 WEST LAFAYETTE BVLD
DETROIT, MI, 48226

48226-278351